UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD R. LEVITT, | ) | CIV-F-06-1382 AWI |
| | ) | |
| Appellant, | ) | ORDER DISMISSING APPEAL |
| | ) | |
| v. | ) | |
| | ) | |
| BETH MAXWELL STRATTON, | ) | |
| | ) | |
| Appellee. | ) | |

Appellant initiated an appeal from an order of the bankruptcy court on October 4, 2006. Doc. 1.  The record on appeal was thereafter completed.  The district court clerk's office sent out a briefing schedule on November 3, 2006 which specified that the opening brief was due within 15 days and all briefing was to be completed within 35 days. Doc. 7.  No briefs were ever filed and there was no response from the parties.  On March 13, 2007, this court issued an Order to Show Cause, directing Appellant to show cause in writing within 20 days (by April 5, 2007) why this appeal should not be denied for failure to prosecute. Doc. 8.  Appellant has not responded to the Order.  At this point, there has been no contact from the Appellant since the initial filing of the appeal in October 2006; Appellant appears to have abandoned the case.  "The district court has the inherent power sua sponte to dismiss a case for lack of prosecution." Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986), citations omitted.  Dismissal is especially warranted where there is no filing even after the court specifically directs appellant to respond. See West v. Falconer, 17 B.R. 929, 931 (S.D. Ill. 1982).

1    Given these circumstances, the appeal is DISMISSED.

3  IT IS SO ORDERED.

4  **Dated:    April 6, 2007**                              **/s/ Anthony W. Ishii**
   0m8i78                                                   UNITED STATES DISTRICT JUDGE